NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHN JOSEPH McCARTHY,           )
                                )
        Appellant,              )
                                )
v.                              )      Case No. 2D17-4690
                                )
STATE OF FLORIDA,               )
                                )
        Appellee.               )
_____ )

Opinion filed May 3, 2019.

Appeal from the Circuit Court for Pasco
County; Kimberly A. Campbell, Judge.

Howard L. Dimmig, II, Public Defender, and
Mark J. O'Brien, Special Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Johnny T. Salgado,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


        Affirmed.



LaROSE, C.J., and VILLANTI and ATKINSON, JJ., Concur.